UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICHARD PEREIRA,<br>    Plaintiff,<br>    v.<br>SAN JOSE POLICE DEP'T,<br>    Defendant(s). | Case No. 25-cv-04780-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On August 14, 2025, the court filed an order requiring Michael Richard Pereira to file an amended habeas petition or an amended civil rights complaint, <u>and</u> a new application to proceed <u>in forma pauperis</u> (IFP).  See ECF No. 31.  But on September 2, 2025, the court's mail to Pereira was returned as undeliverable at Napa State Hospital.  <u>See</u> ECF No. 32.

On September 11, 2025, Pereira filed a letter explaining that he was "returned from Napa State Hospital to the Santa Clara County (DOC) Elmwood Complex" but may be released from custody to his home at "71 Pickford Ave., San Jose, CA 95127."  ECF No. 33 at 1.  The clerk updated Pereira's mailing address to the Santa Clara County Jail (SCCJ).

On September 29, 2025, the court noted from a review of SCCJ's website that Pereira was no longer in custody at SCCJ and instructed the clerk to update Pereira's mailing address to his home address at 71 Pickford Ave., San Jose, CA 95127, and to send him a copy of the September 29, 2025, order and of the August 14, 2025, order to his home address.  The court warned Pereira that "[f]ailure to respond to the August 14, 2025, order and file either a First Amended Petition or First Amended Complaint, and a new application to proceed IFP, within 28 days of this order will result in the dismissal of this action without prejudice."  ECF No. 34 at 1.

More than 34 days have passed, and Pereira has not filed the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
CHARLES R. BREYER
United States District Judge